UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>    Petitioner,<br><br> v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. CV 12-6862-MMM (SH)<br><br>ORDER ACCEPTING FINAL<br>REPORT AND RECOMMENDATION<br>OF UNITED STATES MAGISTRATE<br>JUDGE |

  Pursuant to 28 U.S.C. Section 636(b)(1)(c), the court has reviewed the Petition, all of the records and files and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and accepts the conclusion of the Magistrate Judge.

  IT IS ORDERED that the Petition is denied, and the action is dismissed with prejudice.

DATED: June 18, 2013

                MARGARET M. MORROW
                United States District Judge